# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0314
_____

TANGELIA JACKSON,

Appellant,

v.

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE, and
COMMERCIAL RISK
MANAGEMENT,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Frank Clark, Judge.

Date of Accident: October 19, 2020.

December 15, 2025

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Warren K. Sponsler and Vanessa J. Johnson of Sponsler, Johnson & Andrews, P.A., Tampa, for Appellees.